UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tommy F. Adams

_____

Write the full name of each plaintiff.

-against-

City of New York, Office of
Labor relations

_____

Write the full name of each defendant. The names listed
above must be identical to those contained in Section I.

_____CV_____

(Include case number if one has been
assigned)

Do you want a jury trial?

☑ Yes    ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/24/19

## I.    PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Tommy                          F.              Adams
First Name              Middle Initial      Last Name

875 Pennsylvania Ave , Apt 8J
Street Address

Kings,  Brooklyn            N.Y.          11207-8431
County, City                State         Zip Code

718-600-2192                Preachtothe Poor @ Yahoo.com
Telephone Number            Email Address (if available)

### B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:      City of New york, Office of Labor Relations
                  Name
                  90 Rector Street, 9th Floor
                  Address where defendant may be served

        Manhattan, New york       N.Y.        10006
        County, City              State       Zip Code

Defendant 2:      _____
                  Name

                  _____
                  Address where defendant may be served

        _____
        County, City              State       Zip Code

Defendant 3:

_____

Name

_____

Address where defendant may be served

_____

County, City                    State                    Zip Code

## II.    PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:

City of New York, office of Labor Relations

Name

40 Rector Street, 4th Floor

Address

Manhattan, New York        N.Y.            10006

County, City                    State                    Zip Code

## III.    CAUSE OF ACTION

### A.  Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☑ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☑ race:           African-American

☐ color:          _____

☐ religion:       _____

☐ sex:            _____

☐ national origin: _____

☑ **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

My race is: _Black_

☐ **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

I was born in the year: _____

☐ **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

My disability or perceived disability is: _____

☐ **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

My disability or perceived disability is: _____

☐ **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

## B. Other Claims

In addition to my federal claims listed above, I assert claims under:

☑ **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

☑ **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

☐ Other (may include other relevant federal, state, city, or county law):

_____

## IV.    STATEMENT OF CLAIM

### A.  Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

☑  did not hire me

☐  terminated my employment

☐  did not promote me

☐  did not accommodate my disability

☐  provided me with terms and conditions of employment different from those of similar employees

☐  retaliated against me

☐  harassed me or created a hostile work environment

☐  other (specify): _____

_____

### B.  Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

After distinguishing myself as the greatest high school graduate in U.S. history more than 40 years ago, I was denied employment by the city of New York more than 40 times over the last 5 years.

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

## V.    ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

    ☑ Yes (Please attach a copy of the charge to this complaint.)

        When did you file your charge?    9/1/2022

    ☐ No

Have you received a Notice of Right to Sue from the EEOC?

    ☑ Yes (Please attach a copy of the Notice of Right to Sue.)

        What is the date on the Notice?    7/20/2023

        When did you receive the Notice?    7/27/2023

    ☐ No

## VI.    RELIEF

The relief I want the court to order is (check only those that apply):

    ☐ direct the defendant to hire me

    ☐ direct the defendant to re-employ me

    ☐ direct the defendant to promote me

    ☐ direct the defendant to reasonably accommodate my religion

    ☐ direct the defendant to reasonably accommodate my disability

    ☑ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here):

    Pay me $ 800,000,000

## VII.    PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 7/28/2023 | _T_ E AL_ |
| Dated | Plaintiff's Signature |
| Tommy | F    Adams |
| First Name | Middle Initial    Last Name |
| 875 Pennsylvania Ave, Apt 8J | |
| Street Address | |
| Kings, Brooklyn    N.Y. | 11207-8831 |
| County, City    State | Zip Code |
| 718-600-2192 | Preachtothepoor@Yahoo.com |
| Telephone Number | Email Address (if available) |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.



## Division of
## Human Rights

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>TOMMY F. ADAMS,<br>                              Complainant,<br>v.<br><br>CITY OF NEW YORK, OFFICE OF LABOR RELATIONS,<br>                              Respondent. | DETERMINATION AND ORDER AFTER INVESTIGATION<br><br><br>Case No.<br>10219649 |

Federal Charge No. 16GC204049

On 9/1/2022, Tommy F. Adams filed a complaint with the New York State Division of Human Rights ("Division") charging the above-named Respondent with an unlawful discriminatory practice relating to employment because of race/color, and sexual orientation in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the Respondent has engaged in or is engaging in the unlawful discriminatory practice complained of. This determination is based on the following:

The Complainant applied to work for the Respondent as a Data Processor. The Complainant, who is Black and heterosexual states he was discriminated against because of his race and sexual orientation. Including but not limited to, he states that he graduated high school with a 95 average; was a National Merit Scholar; scored 1600 on the S.A.T.; was ranked the 100 best 400-meter runner in the United States; scored a 96 on the A.S.V.A.B 6 years later, finishing the test 45 minutes early. The Complainant states that despite all these honors, he has been rejected for employment 48 times over the last 4 years by the Respondent. He states that in March of 2022, the Respondent turned down his application for a Data Processor position. He states that the Respondent is racist and filled with homosexuals who discriminate against him in hiring because he was the first and only Black, male captain of a White athletic team in world and American History. He states that the Respondent: "does not want [the complainant] to hold a job in management where [he] can attract pretty, black, debutantes who are a delight of white Jewish males. These women obviously belong to [the complainant] but the [respondent] is full of Jews and homosexuals who won't hire [him] to work and haven't in nearly 30 years."

The Respondent denies discriminating against the Complainant. The Respondent states that on or about October 7, 2022, it sought applicants for a temporary data processor within its Health Benefit division. The Respondent states that it received approximately 34 applications and did not interview every applicant. The Respondent states that the Complainant was not interviewed. Neither the races nor sexual orientations of candidates, including the Complainant's, were disclosed throughout the hiring process. The Respondent states that the Complainant has failed to provide evidence that he was qualified for the position he sought, and that the Respondent was aware of either his race or sexual orientation when making the determination not to interview or hire him.

The Division's investigation does not support that the Complainant was discriminated against by the Respondent because of his race/color. There is no support to his allegation of disparate treatment because he is Black. Similarly, the Division's investigation does not support that the Complainant was discriminated against by the Respondent because of his sexual orientation. The Complainant has not shown how his race or sexual orientation had anything to do with the hiring process. The Respondent, on the other hand, informed the Division that neither the races nor sexual orientations of candidates, including the Complainant's, were disclosed throughout the hiring process.

Based on the above, the Division's investigation does not support that discrimination occurred in violation of the New York State Human Rights Law.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated:     05/30/23
           Brooklyn, New York

                              STATE DIVISION OF HUMAN RIGHTS


                    By:     _William LaMot_____
                            William LaMot
                            Regional Director


- 2 -



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.ccoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/20/2023

**To:** Tommy Adams
875 Pennsylvania Avenue, Apt 8J
Brooklyn, NY 11207

Charge No: 16G-2022-04049

EEOC Representative and email:   HERNAN MORALES
State and Local Program Manager
hernan.morales@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera
07/20/2023

Timothy Riera
Acting District Director

**Cc:**

City of New York Office of Labor Relations
40 Rector Street 4th Floor
New York, New York 10006

Please retain this notice for your records.