UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMY F. ADAMS,<br><br>        Plaintiff,<br><br> -against-<br><br>CITY OF NEW YORK; OFFICE OF LABOR RELATIONS,<br><br>        Defendants. | 1:23-CV-6637 (LTS)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the January 12, 2024, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 12, 2024
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge